IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NATALIE ROSSI,

    Plaintiff,

v.                                                  Case No. 19-cv-192-jdp

KOHN LAW FIRM S.C.,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Kohn Law Firm S.C. against plaintiff Natalie Rossi dismissing this case for lack of subject matter jurisdiction.

s/V. Olmo, Deputy Clerk                5/18/2020
Peter Oppeneer, Clerk of Court            Date